UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

231 COMMERCE, LLC,

    Plaintiff,

        v.

231 OUTFITTERS, LLC,
a Michigan Limited Liability Company,

SWEETWATER SEA, LLC,
a Michigan Limited Liability Company,

and

MICHAEL SUTHERLAND,
an individual,

    Defendants.

Case No.: 15-894

_____

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

Plaintiff 231 Commerce, LLC requests the Clerk of the Court enter default in this matter against Defendants 231 Outfitters, LLC, Sweetwater Sea, LLC, and Michael Sutherland pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the declaration submitted herein.

        Respectfully submitted,

Dated:  September 26, 2015

/s/ John Di Giacomo
John Di Giacomo
Revision Legal, PLLC
109 E. Front St., Suite 309
Traverse City, MI 49684

1

        Phone: (231) 714-0100  
        Fax: (231) 714-0200  
        Email: john@revisionlegal.com  
        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2015 a true and correct copy of the above Request for Entry of Default, Declaration of Di Giacomo, and Proposed Entry of Default was served on Defendants at the address stated below, which is the last known address of Defendants, by placing the same in the US mail, postage prepaid, in Traverse City, Michigan, and by email to the email address below:

231 Outfitters, LLC  
Sweetwater Sea, LLC  
Michael Sutherland  
161 E. Grandview Parkway  
Traverse City, Michigan 49684  
mikesutherland@hotmail.com

                                        /s/ John Di Giacomo  
                                        John Di Giacomo  
                                        Revision Legal, PLLC  
                                        109 E. Front St., Suite 309  
                                        Traverse City, MI 49684  
                                        Phone: (231) 714-0100  
                                        Fax: (231) 714-0200  
                                        Email: john@revisionlegal.com  
                                        Counsel for Plaintiff