UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

231 COMMERCE, LLC,

    Plaintiff,

        v.

Case No.: 15-894

231 OUTFITTERS, LLC,
a Michigan Limited Liability Company,

SWEETWATER SEA, LLC,
a Michigan Limited Liability Company,

and

MICHAEL SUTHERLAND,
an individual,

    Defendants.

_____

## ENTRY OF DEFAULT

    Plaintiff requests that the Clerk of the Court enter default against Defendants 231 Outfitters, LLC, Sweetwater Sea, LLC, and Michael Sutherland pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendants have failed to appear, plead, or otherwise defend, the default of Defendants 231 Outfitters, LLC, Sweetwater Sea, LLC, and Michael Sutherland is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this ___ day of September, 2015.

_____
Clerk of the Court

1