UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

231 COMMERCE, LLC,

    Plaintiff,

    v.

Case No.: 15-894

231 OUTFITTERS, LLC,
a Michigan Limited Liability Company,

SWEETWATER SEA, LLC,
a Michigan Limited Liability Company,

and

MICHAEL SUTHERLAND,
an individual,

    Defendants.

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2015 a true and correct copy of the Request for Entry of Default, Declaration of John Di Giacomo, a Proposed Entry of Default along with a copy of this Amended Certificate of Service was served on the Defendants, addressed individually to each of the Defendants at the following address: 161 East Grandview Parkway, Traverse City, Michigan 49684, which is the last known address of the Defendants, by placing same in the U.S. mail, postage prepaid, in Kalamazoo, Michigan.

    Furthermore, I hereby certify that I have knowledge that each Defendant was served a true and correct copy of the Request for Entry of Default, Declaration of John Di Giacomo, Proposed Entry of Default and a Certificate of Service via e-mail by Attorney John D Giacomo on September 26, 2015 at the following e-mail address: mikesutherland@hotmail.com

Dated: September 29, 2015

Nikki Sunlin