UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

231 COMMERCE, LLC,

       Plaintiff,

v.

231 OUTFITTERS, LLC, et al.,

       Defendants.
_____/

Case No. 1:15-cv-894

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion for Default Judgment (Dkt 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 15, 2016, recommending that Plaintiff's motion be granted in part and denied in part. The Report and Recommendation was duly served on Plaintiff and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 30) is APPROVED and ADOPTED as the Opinion of the Court, except that the motion for default judgment is not granted (*see* Dkt 30 at PageID.171) but is granted in part and denied in part in light of the recommended partial denial of the relief requested..

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt 18) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: February 3, 2016            /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge